HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN McELROY,<br><br>                      Plaintiff,<br>vs.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; WESTERN STATE HOSPITAL,<br><br>                      Defendants. | NO. CV05-5762 RBL<br><br>STIPULATION AND ORDER REMANDING CASE TO STATE COURT |

**STIPULATION**

The parties hereby stipulate as follows:

The parties have stipulated to dismissal of plaintiff's federal claims without prejudice pursuant to Federal Rules of Civil Procedure. There being no other claims over which this court has original jurisdiction, the parties hereby jointly move to remand all remaining state

STIPULATION AND PROPOSED ORDER REMANDING
CASE TO STATE COURT- 1
USDC WD WA Cause No. CV05-5762 RBL

law claims to state court, in accordance with 28 U.S.C. § 1447 and 28 U.S.C. § 1367(c)(3), and without costs to either party.

JOINTLY SUBMITTED this 3rd day of January, 2006.

| MacDONALD HOAGUE & BAYLESS | ATTORNEY GENERAL OF WASHINGTON |
|---|---|
| By _/s/_____<br>Jesse Wing, WSBA #27751<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104-1745<br>206.622.1604<br>Attorneys for Plaintiff | By:_/s/_____<br>Suzanne Parisien, WSBA #24678<br>Office of Attorney General<br>Tort Claims Division<br>900 Fourth Avenue, Suite 2200<br>Seattle, Washington 98164-1012<br>206.464.7352<br>Attorneys for Defendants |

## ORDER

IT IS SO ORDERED this 5th day of January, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE